JOHN ORECCHIO, Appellant, v. LOUIS L. MITCHELL and CHARLES E. FARRIS Co., INC., Respondents.— Order denying plaintiff's motion to vacate his default in answering the General Calendar, called on September 26, 1935, and restoring case to its previous position on the General Calendar, unanimously reversed and the motion granted, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of RUSSEL H. KITTEL, an Attorney. — Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of FRANK J. RINALDI, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of CLARENCE E. SUTHERLAND, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of RALPH C. BURCH and Others for a Mandamus Order against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD JENKINS v. ALICE VAN NOSTRAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

UNITED STATES HAT COMPANY OF NEW YORK v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied as unnecessary. (See section 580 of the Civil Practice Act.) Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

SPEAR SECURITIES CORPORATION v. MADISON-BELMONT CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 568.] Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, v. PEARL ADLER and Others, Impleaded with SAMUEL UNDERLEIDER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley and Dore, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of LILLIAN LINCOLN HARDEE, v. MISS L. BROGAN, INC., a Louisiana Corporation, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 247 App. Div. 275.] Motion for a reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

HENNI MANSBACHER v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. — Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 378.] Motion for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HARRY HOROWITZ for a Certiorari Order against THOMAS W. HAMMOND, as Commissioner of the Department of Sanitation of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

JENNIE WEINGARTEN and Another v. HENRY M. RINDER and Others, Impleaded with Others.— Motion for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.